UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD MILES | | |
| REG. #79320-079 | | PLAINTIFF |
| | | |
| v. | Case No. 2:16-cv-00036-KGB/JTK | |
| | | |
| S. FUTRELL, *et al.* | | DEFENDANTS |

## ORDER

Pending before the Court is a Partial Recommended Disposition and a Recommended Disposition, each submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. Nos. 10, 60). The Court grants plaintiff Donald Miles' pending motion to extend time to file objections to the Recommended Disposition (Dkt. No. 61), and the Court considers his objections to the Recommended Disposition timely filed (Dkt. No. 62). Mr. Miles did not object to the Partial Recommended Disposition, and the time for filing objections to the Partial Recommended Disposition has passed. After a careful review of Judge Kearney's recommendations and Mr. Miles' objections, as well as a *de novo* review of the record, the Court adopts the Partial Recommended Disposition and the Recommended Disposition in their entirety as this Court's findings in all respects (Dkt. Nos. 10, 60).

The Court writes separately to address Mr. Miles' objections (Dkt. No. 62). Mr. Miles does not contest the fact that he failed to respond to the government's motion for summary judgment. Mr. Miles does, however, contend that he did not submit expert witness testimony in response to the motion for summary judgment because "the true expert witness has to be fluent in the caree [sic] or lack of care provided ass [sic] of the transfer out of retaliation for filing the complaint . . . ." (*Id.*, at 2). Therefore, according to Mr. Miles, the Court should transfer this case to a court in Massachusetts, where he is currently held (*Id.*, at 4). The Court notes that Mr. Miles' claims arise out of actions that occurred solely within the state of Arkansas and that this is the first

time Mr. Miles has requested a change of venue. Given the procedural posture of this case, the Court denies Mr. Miles' request for a change of venue. To the extent Mr. Miles' intends to suggest through his objection that this Court lacks subject matter jurisdiction over this action, that suggestion is incorrect and rejected by this Court.

Therefore, pursuant to the Partial Recommended Disposition, Mr. Miles' claims against defendant United States Attorney General are dismissed for failure to state a claim. Furthermore, pursuant to the Recommended Disposition, the Court finds that defendant United States of America is entitled to judgment as a matter of law on Mr. Miles' remaining claims against the United States of America. The Court therefore grants defendant United States of America's motion for summary judgment (Dkt. No. 54) and dismisses with prejudice Mr. Miles' complaint against the United States of America. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this the 19th day of January, 2018.

_____
Kristine G. Baker
United States District Judge