UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD MILES
REG. #79320-079                                                                            PLAINTIFF

v.                    Case No. 2:16-cv-00036-KGB/JTK

S. FUTRELL, *et al.*                                                           DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered this date and prior Orders of the Court, it is considered, ordered, and adjudged that plaintiff Donald Miles' claims against defendants Sandra Futrell, Karin Cunningham, Melissa Loveday, Laurie Weyant, and Kathleen Maples are dismissed without prejudice (Dkt. No. 50), claims against defendant the United States Attorney General are dismissed without prejudice, and claims against defendant the United States of America are dismissed with prejudice.

So adjudged this the 19th day of January, 2018.

                                                               Kristine G. Baker
                                                               United States District Judge